IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| 1. RAYTHEON COMPANY | § § § | |
| Plaintiff, | § | |
| v. | § § § | CIVIL ACTION NO. 2:03CV13 |
| 1 OVERLAND STORAGE, INC.<br>2. QUALSTAR CORP.<br>3. QLOGIC CORPORATION<br>4. RICOH CORPORATION<br>5. SPECTRA LOGIC CORPORATION<br>6. VERITAS SOFTWARE CORPORATION | § § § § § § § § § | Hon. T. John Ward<br><br>Jury Trial Demanded |
| Defendants. | § § | |

## ORDER GRANTING RAYTHEON'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS OPPOSITION

The Court having considered Raytheon's Unopposed Motion to Extend Time for Raytheon to file its Opposition to Spectra Logic's Motion to Compel, is of the opinion that the motion should be GRANTED.

Accordingly, IT IS ORDERED that Plaintiff Raytheon has until February 6, 2004 to serve its Opposition to Spectra Logic's Motion to Compel.

IT IS SO ORDERED on this the 9th day of February, 2004.

_____
Judge T. John Ward